IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

QUA S. AUSTIN                                  PLAINTIFF

VS.                                          CASE NO. 1:14CV190-GHD-DAS

WELLS FARGO HOME MORTGAGE; and
THE SECRETARY OF VETERANS AFFAIRS      DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT THE SECRETARY OF VETERANS AFFAIRS

The court has been advised by counsel pursuant to Stipulation of Dismissal with prejudice [44] filed in this case on September 16, 2015, that defendant The Secretary of Veterans Affairs is dismissed as a party to this case.

THEREFORE, IT IS HEREBY ORDERED that defendant The Secretary of Veterans Affairs is DISMISSED WITH PREJUDICE from this action. The claims against defendant Wells Fargo Home Mortgage REMAIN VIABLE.

SO ORDERED, this, 17 day of September, 2015.

Senior United States District Judge