IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

QUA S. AUSTIN                                                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO.: 1:14-cv-00190-GHD-DAS

WELLS FARGO HOME MORTGAGE                                                      DEFENDANT

ORDER GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, Defendant Wells Fargo Home Mortgage's motion for summary judgment [51] is GRANTED; Plaintiff Qua S. Austin's claims are DISMISSED; and this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 28th day of March, 2015.

_____
SENIOR U.S. DISTRICT JUDGE